```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                :
MARIO PASSANTE,                             :
                                                                :
                                       Plaintiff,      :           1:20-cv-4771-GHW
                                       :
                         -against-                  :           <u>ORDER</u>
                                       :
LUZZO'S 211, LLC and MICHELE IULIANO,   :
                                       :
                                      Defendants.   :
                                                                  :
----------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

        The Court has received Defendant Luzzo's 221, LLC's ("Luzzo's") letter indicating that it has filed for Chapter 7 bankruptcy. Dkt. No. 10. The instant proceedings against Luzzo's are automatically stayed under 11 U.S.C. § 362(a)(1). Unless otherwise ordered by the Court, however, the proceedings against Michele Iuliano in this action are not stayed. *See Queenie, Ltd. v. Nygard Intern.*, 321 F.3d 282, 287 (2d Cir. 2003) ("[A] suit against a codefendant is not automatically stayed by the debtor's bankruptcy filing."); *Teachers Insurance and Annuity Ass' n v. Butler*, 803 F.2d 61, 65 (2d Cir. 1986) ("It is well-established that stays pursuant to § 362(a) are limited to debtors and do not encompass non-bankrupt co-defendants.").

        SO ORDERED.

Dated: July 7, 2020

                                                             _____
                                                                       GREGORY H. WOODS
                                                                   United States District Judge