```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                          :

MARIO PASSANTE,                                     :

                                               Plaintiff,     :         1:20-cv-4771-GHW

                                 -against-             :         <u>ORDER</u>

LUZZO'S 211, LLC and MICHELE IULIANO,  :

                                    Defendants.  :

-------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

       The Court has received the parties' proposed stipulation of dismissal with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. No. 27. The Court cannot endorse that stipulation. In light of the decision of the Second Circuit Court of Appeals in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the parties cannot dismiss claims arising under the FLSA with prejudice pursuant to Rule 41(a)(1)(A).

       SO ORDERED.

Dated: November 25, 2020

                                                                  GREGORY H. WOODS
                                                             United States District Judge